JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:   glibet@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIERON CARR, | Action No. C-12-4051-EMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT**. |
| vs | |
| OAKLAND HOUSING AUTHORITY, a governmental entity; OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT,a governmental entity; CAREL J. DUPLESSIS, in his capacity as Chief of Police for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; CITY OF OAKLAND, a municipal corporation; HOWARD JORDAN, in his capacity as Chief of Police for CITY OF OAKLAND; JASON ZIMIGA, ADAM WARD, KENNETH NIELSON, and JOSHUA RUIZ,  individually, and in their capacity as police officers for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; and DOES 1-50, inclusive, | |
| Defendants.        / | |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. That defendants grant leave to plaintiff to file his First Amended Summons and Complaint, for the purpose of dismissing defendants CITY OF OAKLAND; HOWARD JORDAN; JASON ZIMIGA; ADAM WARD; and DOES 26-50 from plaintiff's Complaint; and naming defendants T. GODFREY;

N. MUMBOWER; and R. FLORES in substitution for defendant police officers DOES 1 through 3, respectively.

LAW OFFICES OF GAYLA B. LIBET

Dated: 12-21-12    By: /s/    *Gayla B. Libet*
                        GAYLA B. LIBET, Esq.
                        Attorneys for Plaintiff
                        KIERON CARR

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 12-21-12    By: /s/    *Arlene M. Rosen*
                        ARLENE M. ROSEN, Esq.
                        Attorneys for Defendants CITY;
                        and HOWARD JORDAN

CHOLAKIAN & ASSOCIATES

Dated: 12-21-12    By: /s/    *Brian Finn*
                        BRIAN FINN, Esq.
                        Attorneys for Defendants OHA; OHAPD;
                        CAREL M. DUPLESSIS; and named
                        defendant police officers

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

In light of the parties' stipulations (Docket Nos. 29, 31), Plaintiff's motion for leave to file a first amended complaint is moot and the hearing on the motion is hereby VACATED.

Dated: 1/17/13

EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND PROPOSED ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT    2