JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:   glibet@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIERON CARR, | Action No. C-12-4051-EMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR LEAVE TO FILE FIRST AMENDED SUMMONS AND COMPLAINT**. |
| vs | |
| OAKLAND HOUSING AUTHORITY, a governmental entity; OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT, a governmental entity; CAREL J. DUPLESSIS, in his capacity as Chief of Police for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; CITY OF OAKLAND, a municipal corporation; HOWARD JORDAN, in his capacity as Chief of Police for CITY OF OAKLAND; JASON ZIMIGA, ADAM WARD, KENNETH NIELSON, and JOSHUA RUIZ,  individually, and in their capacity as police officers for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; and DOES 1-50, inclusive, | |
| Defendants.                                  / | |

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. That defendants grant leave to plaintiff to file his First Amended Summons and Complaint, for the purpose of dismissing defendants CITY OF OAKLAND; HOWARD JORDAN; JASON ZIMIGA; ADAM WARD; and DOES 26-50 from plaintiff's Complaint; and naming defendants T. GODFREY;

N. MUMBOWER; and R. FLORES in substitution for defendant police officers DOES 1 through 3, respectively.

LAW OFFICES OF GAYLA B. LIBET

Dated: 12-21-12   By: /s/   *Gayla B. Libet*
                         GAYLA B. LIBET, Esq.
                         Attorneys for Plaintiff
                         KIERON CARR

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated: 12-21-12   By: /s/   *Arlene M. Rosen*
                         ARLENE M. ROSEN, Esq.
                         Attorneys for Defendants CITY;
                         and HOWARD JORDAN

CHOLAKIAN & ASSOCIATES

Dated: 12-21-12   By: /s/   *Brian Finn*
                         BRIAN FINN, Esq.
                         Attorneys for Defendants OHA; OHAPD;
                         CAREL M. DUPLESSIS; and named
                         defendant police officers

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

In light of the parties' stipulations (Docket Nos. 29, 31), Plaintiff's motion for leave to file a first amended complaint is moot and the hearing on the motion is hereby VACATED.

Dated: 1/17/13

EDWARD M. CHEN
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen