JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
E-Mail:  john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486  41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324
E-Mail:   glibet@sbcglobal.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIERON CARR, | Action No. C-12-4051-EMC |
| Plaintiff, | **STIPULATION AND P~~ROPO~~SED ORDER FOR DISMISSAL OF DEFENDANTS CITY OF OAKLAND; HOWARD JORDAN; JASON ZIMIGA; ADAM WARD; AND DOES 26-50 FROM PLAINTIFF'S ACTION** |
| vs. | |
| OAKLAND HOUSING AUTHORITY, a governmental entity; OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT, a governmental entity; CAREL J. DUPLESSIS, in his capacity as Chief of Police for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; CITY OF OAKLAND, a municipal corporation; HOWARD JORDAN, in his capacity as Chief of Police for CITY OF OAKLAND; JASON ZIMIGA, ADAM WARD, KENNETH NIELSON, and JOSHUA RUIZ,  individually, and in their capacity as police officers for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; and DOES 1-50, inclusive, | |
| Defendants.                      / | |

1

**STIPULATION**

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. That plaintiff dismisses with prejudice, defendants CITY OF OAKLAND; HOWARD JORDAN; JASON ZIMIGA; ADAM WARD; and DOES 26-50 from plaintiff's action.

LAW OFFICES OF GAYLA B. LIBET

Dated:  1-16-13                By:  /s/    *Gayla B. Libet*
                                     GAYLA B. LIBET, Esq.
                                     Attorneys for Plaintiff
                                     KIERON CARR

OFFICE OF THE OAKLAND CITY ATTORNEY

Dated:  1-16-13                By: /s/       *Arlene M. Rosen*
                                     ARLENE M. ROSEN, Esq.
                                     Attorneys for Defendants CITY;
                                     and HOWARD JORDAN

CHOLAKIAN & ASSOCIATES

Dated:  1-16-13                By: /s/          *Brian Finn*
                                     BRIAN FINN, Esq.
                                     Attorneys for Defendants OHA; OHAPD;
                                     CAREL M. DUPLESSIS; and named
                                     defendant police officers

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/17/13
                                     EDWARD M. CHEN
                                     United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*

2