JOHN L. BURRIS, Esq./ State Bar # 69888
DEWITT LACY, Esq./ State Bar #
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
E-Mail: john.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: glibet@sbcglobal.net

Attorneys for Plaintiff

BRIAN FINN, Esq./ State Bar # 142368
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
South San Francisco, CA 94080
Telephone: (650) 871-9544
Facsimile: (650) 871-9552
E-Mail: Bfinn@cholakian.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIERON CARR, | Action No. C-12-4051-EMC |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO COMPLETE SETTLEMENT CONFERENCE |
| vs. | |
| OAKLAND HOUSING AUTHORITY, a governmental entity; OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT, a governmental entity; CAREL J. DUPLESSIS, in his capacity as Chief of Police for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; T. GODFREY; N. MUMBOWER; KENNETH NIELSON, JOSHUA RUIZ; and R. FLORES, individually, and in their capacity as police officers for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; and DOES 4-25, inclusive, | ORDER RESETTING FURTHER CMC |
| Defendants. / | |

**STIPULATION**

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The parties have not conducted sufficient discovery for a fruitful Settlement Conference to occur.  No depositions have been taken, and no written discovery has been served;

2.  Plaintiff's counsel is still in the process of serving plaintiff's First Amended Complaint and Summons on defendants;

3. Since the parties cannot conduct a meaningful Settlement Conference at this time, the parties agree that the Settlement Conference presently schedule to take place on  February 14, 2013, at 9:30 a.m., Ctrm. A, 15th Floor, S.F. before Honorable Magistrate Judge Nathaneal Cousins   be re-scheduled at a date and time approximately ninety (90) days from the presently scheduled date.

LAW OFFICES OF GAYLA B. LIBET


Dated:  2-5-13             By:  /s/        *Gayla B. Libet*
                                GAYLA B. LIBET, Esq.
                                Attorneys for Plaintiff
                                KIERON CARR


LAW OFFICES OF JOHN L. BURRIS


Dated:  2-5-13             By:  /s/        *DeWitt Lacy*
                                DEWITT LACY, Esq.
                                Attorneys for Plaintiff
                                KIERON CARR


CHOLAKIAN & ASSOCIATES


Dated:  2-5-13             By: /s/         *Brian Finn*
                                BRIAN FINN, Esq.
                                Attorneys for Defendants OHA; OHAPD;
                                CAREL M. DUPLESSIS; and named
                                defendant police officers

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Further CMC is reset from 5/2/13 to 5/23/13 at 10:30 a.m.  An updated CMC statement is due 5/16/13.

Dated: 2/6/13

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

EDWARD M. CHEN
United States District Court Judge