1  JOHN L. BURRIS, Esq. (SBN 69888)
2  DEWITT LACY, Esq. (SBN 258789)
   LAW OFFICES OF JOHN L. BURRIS
3  7677 Oakport Street, Suite 1120
4  Oakland, CA 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   E-Mail: john.burris@johnburrislaw.com
6  Attorneys for Plaintiff
7  KIERON CARR

8  GAYLA B. LIBET, Esq. (SBN 109173)
   LAW OFFICES OF GAYLA B. LIBET
9  486 41st Street, Suite 3
10 Oakland, CA 94609
   Telephone and Facsimile: (510) 420-0324
11 E-Mail: glibet@sbcglobal.net
   Attorneys for Plaintiff
12 KIERON CARR

13
14 KEVIN K. CHOLAKIAN (SBN 103423)
   BRIAN FINN (SBN 142368)
15 CHOLAKIAN & ASSOCIATES
   A Professional Corporation
16 400 Oyster Point Blvd., Ste. 415
   South San Francisco, CA 94080
17 Telephone: (650) 871-9544
   Facsimile:   (650) 871-9552
18 email: bfinn@cholakian.net

19
20 Attorneys for Defendants
   OAKLAND HOUSING AUTHORITY, OAKLAND HOUSING
   AUTHORITY POLICE DEPARTMENT, CHIEF CAREL DUPLESSIS,
21 SERGEANT KENNETH NIELSEN, OFC. JOSHUA RUIZ,
   OFC. T. GODFREY AND OFC. N. MUMBOWER

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIERON CARR,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND HOUSING AUTHORITY, a governmental entity; OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT, a governmental entity; CAREL J. DUPLESSIS, in his capacity as Chief of Police for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; T. GODFREY; N. MUMBOWER; KENNETH NIELSON, JOSHUA RUIZ; and R. FLORES, individually, and in their capacity as police officers for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; and DOES 4-25, inclusive,<br><br>Defendants. | Case No.: 3:12-CV-4051EMC<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** ORDER |

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

  1. Plaintiff's counsel was unable to serve plaintiff's First Amended Complaint and Summons, filed on 1-16-13, until April 2013.  The reasons are as follows:

  (a) On 2-6-13, plaintiff's process server served defense counsel with the First Amended Complaint and Summons on behalf of the named individual officers.  Mr. Finn informed the process server that he was authorized to accept service for Oakland Housing Authority and Ofc. Neilsen, Ofc. Ruis and Chief Duplessis, but not Ofc. Mumbower, Ofc. Flores and Ofc. Godfrey;

  (b) On 3-7-13, plaintiff's counsel, Gayla B. Libet, received an e-mail from Sandra Mack, employed at defense counsel's office, in which she stated that defense counsel, Brian Finn, accepted service on defendant officers Flores, Mumbower and Godfrey, but that Mr. Finn did not recall what date it was served on him.  She asked that Ms. Libet inform her on which date service occurred;

(c) On 3-8-13, Ms. Libet replied to Ms. Mack's e-mail stating that Mr. Finn had accepted service on 2-26-13;

(d) On 3-8-13, defense counsel, Brian Finn, sent plaintiff's counsel, Ms. Libet an e-mail stating that he had not accepted service on behalf of the named individual officers. He also stated that he was trying to get authority to accept service for all defendants, and that he should receive that authority by early in the next week;

(e) Proofs of Service on all defendants were filed on 4-8-13, after service on individual defendant officers was accepted by defense counsel on 3-26-13;

(f) On 4-8-13, defense counsel, Brian Finn, sent plaintiff's counsel an E-mail stating he was having trouble contacting some of the individual defendant officers, since not all of them still work for defendant OHA, and asked for an extension of time to file Answer to First Amended Complaint until 4-11-13;

(g) On 4-11-13, defense counsel, Brian Finn, sent a letter to Ms. Libet stating that defendants' Answer to First Amended Complaint was enclosed, and that he was not able to accept service on behalf of defendant officer Flores, who has not worked for OHA for some time.  All Defendants have answered except for Ofc. Flores, who has not been served;

2. Given the above events, the parties have not yet conducted discovery sufficient for a fruitful Settlement Conference to occur. No depositions have been taken, and no written discovery has been served. The parties will serve written discovery by 5-10-13, and notices of any depositions they want to take shortly thereafter;

3. Since the parties cannot conduct a meaningful Settlement Conference at this time, the parties agree that the Settlement Conference presently scheduled to take place on May 16, 2013, at 9:30 a.m., Ctrm. A, 15th Floor, S.F. before Honorable Magistrate Judge Nathaneal Cousins , should be rescheduled to a date and time sixty (60) to ninety (90) days from the presently scheduled date.

Dated:  May 8, 2013                    LAW OFFICES OF JOHN L. BURRIS


                                             By /s/ John L. Burris
                                         JOHN L. BURRIS, Esq.
                                         Attorneys for Plaintiff
                                         KIERON CARR

///

///

Dated:  May 8, 2013							LAW OFFICES OF GAYLA B. LIBET

									By /s/ Gayla B. Libet
									GAYLA B. LIBET, Esq.
									Attorneys for Plaintiff
									KIERON CARR


Dated:  May 8, 2013							CHOLAKIAN & ASSOCIATES
									 A Professional Corporation


									By    /s/ Brian J. Finn
									Brian Finn
									Attorneys for Defendants
									OAKLAND HOUSING AUTHORITY,
									OAKLAND HOUSING AUTHORITY POLICE
									DEPARTMENT, CHIEF CAREL DUPLESSIS,
									SERGEANT KENNETH NIELSEN, OFC.
									JOSHUA RUIZ, OFC. T. GODFREY AND OFC.
									N. MUMBOWER


PURSUANT TO STIPULATION, IT IS SO ORDERED.        IT IS FURTHER ORDERED that the CMC is reset from 5/30/13 to 9/5/13 at 10:30 a.m.

Dated:  5/10/13
							EDWARD M. CHEN
							United States District Court Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

300 036                                         - 4 –                                         3:12-CV-4051EMC
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE