GAYLA B. LIBET, Esq. (SBN 109173)
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: glibet@sbcglobal.net
Attorneys for Plaintiff
KIERON CARR

KEVIN K. CHOLAKIAN (SBN 103423)
BRIAN FINN (SBN 142368)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Ste. 415
South San Francisco, CA 94080
Telephone:  (650) 871-9544
Facsimile:    (650) 871-9552
email: bfinn@cholakian.net

Attorneys for Defendants
OAKLAND HOUSING AUTHORITY, OAKLAND HOUSING
AUTHORITY POLICE DEPARTMENT, CHIEF CAREL DUPLESSIS,
SERGEANT KENNETH NIELSEN, OFC. JOSHUA RUIZ,
OFC. T. GODFREY AND OFC. N. MUMBOWER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIERON CARR,<br><br>              Plaintiff,<br><br>       vs.<br><br>OAKLAND HOUSING AUTHORITY, a governmental entity; OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT, a governmental entity; CAREL J. DUPLESSIS, in his capacity as Chief of Police for OAKLAND HOUSING AUTHORITY POLICE DEPARTMENT; T. GODFREY; N. MUMBOWER; KENNETH NIELSON, JOSHUA RUIZ; and R. FLORES, individually, and in their capacity as police officers for OAKLAND HOUSING | Case No.: 3:12-CV-4051EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

AUTHORITY POLICE DEPARTMENT; and )
DOES 4-25, inclusive,                                )
                                                     )
Defendants.                                          )
                                                     )
                                                     )
                                                     )

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

Settlement Conference was held on July 8, 2013 before Magistrate Judge Nathanael Cousins. The matter was settled on the same day. The parties are finalizing the settlement agreement. Defendants are waiting for executed settlement documents from Plaintiff who is currently incarcerated.

We request that the Case Management Conference be continued to 90 days.

Dated: August 30, 2013                LAW OFFICES OF GAYLA B. LIBET

                                      By /s/ Gayla B. Libet
                                      GAYLA B. LIBET, Esq.
                                      Attorneys for Plaintiff
                                      KIERON CARR


Dated:  August 30, 2013               CHOLAKIAN & ASSOCIATES
                                      A Professional Corporation


                                      By     /s/ Brian J. Finn
                                      Brian Finn
                                      Attorneys for Defendants
                                      OAKLAND HOUSING AUTHORITY,
                                      OAKLAND HOUSING AUTHORITY POLICE
                                      DEPARTMENT, CHIEF CAREL DUPLESSIS,
                                      SERGEANT KENNETH NIELSEN, OFC.
                                      JOSHUA RUIZ, OFC. T. GODFREY AND OFC.
                                      N. MUMBOWER

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SOUTH SAN FRANCISCO, CALIFORNIA 94080

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Further CMC is reset for 11/7/13 at 10:30 a.m. An update joint CMC Statement shall be filed by 10/31/13.

2

3  Dated: 9/3/13

4  EDWARD M. CHEN
   District Court Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*