1  JOHN L. BURRIS, Esq./ State Bar #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
3  Oakland, California 94621
   Telephone:  (510) 839-5200          Facsimile: (510) 839-3882
4  Email: john.burris@johnburrislaw.com

5  GAYLA B. LIBET, Esq./State Bar #109173
   486 – 41st Street, #3
6  Oakland, California 94609
   Telephone:  (510) 420-0234          Facsimile: (510) 420-0324
7  Email: glibet@sbcglobal.net

8  Attorneys for Plaintiff

9

10

11

12                          UNITED STATES DISTRICT COURT

13               FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16  KIERON CARR,                                Case No.  C 12-CV-4051 EMC

17              Plaintiff,                      **NOTICE OF DISMISSAL**

18       vs.

19  CITY AND COUNTY OF SAN FRANCISCO,
    a municipal corporation, et al.,
20
21                  Defendants.
                                        /
22  _____

23
          IT IS HEREBY NOTICED by and between the parties to this action through their designated
24
    counsel that this entire action is hereby dismissed with prejudice pursuant to FRCP 41 (a) (1).  The
25

26

27

28

NOTICE OF DISMISSAL – Kieron Carr v. OHA, et al.                                              1

1    parties in the above-entitled action have entered into a settlement agreement of all causes of action.

2

3                                                          **Respectfully submitted,**

4    Dated:  December 19, 2013                           **Law Offices of John L. Burris**

5
                                                         ___/s/_John L. Burris, Esq._____
6                                                        John L. Burris, Attorney for Plaintiff

7                                                        Law Office of Gayla B. Libet

8                                                        _____/s/ Gayla B. Libet, Esq._____

9                                                        Gayla B. Libet, Attorney for Plaintiff

10

11

12       IT IS SO ORDERED:
         _____
13       Edward M. Chen
         U.S. District Judge
14



15

16

17

18

19

20

21

22

23

24

25

26

27

28